**Order entered September 20, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01429-CV

### JIM SILLIMAN, Appellant

### V.

### LUXOR CONTRACTING, INC. D/B/A LUXOR STAFFING, Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-01795**

## ORDER

The Court has before it appellee's September 18, 2013 second unopposed motion for extension of time to file brief. The Court **GRANTS** the motion and **ORDERS** appellee to file its brief by November 4, 2013. No further extensions will be granted absent a showing of exceptional circumstances.

/s/    ELIZABETH LANG-MIERS
JUSTICE